IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD WAYNE LEWIS,

    Plaintiff,

v.                                                                                                           Civil Action No. **3:10CV150**

JONATHAN ANDREWS,

    Defendant.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation (Docket No. 20) is ACCEPTED AND ADOPTED;

2. Plaintiff's Motion for Summary Judgment (Docket No. 14) is DENIED;

3. Plaintiff's claims and the action are DISMISSED; and,

4. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of appeal within sixty (60) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

Date: 2-22-11
Richmond, Virginia

              /s/
James R. Spencer
Chief United States District Judge